MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for CAMERON LARSEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 13-360 CKD |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO STATUS CONFERENCE |
| ) | |
| CAMERON LARSEN, ) | Date: 2-25-14 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Hon. Allison Claire |
| ==============================) | |

It is hereby stipulated between the parties, Olusere Olowoyeye, Assistant United States Attorney, Michael D. Long, attorney for defendant CAMERON LARSEN, that the preliminary hearing set for December 24, 2013, at 10:00 a.m. should be vacated and re-set for February 25, 2014, at 2:00 p.m.

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Days ago the Larsen family suffered through the tragic loss of Dr. Larsen.  Defense counsel and the government believe it is appropriate to delay proceeding to preliminary hearing or indictment to allow the family to deal with the tragedy.  Additionally, both defense counsel and the government have not yet had sufficient time to provide the defense with discovery, prepare for the indictment and/or prepare for the preliminary hearing and engage in negotiations with the goal of settling this matter before the filing of an indictment.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy filing of an indictment and also outweighs the public's interest in the prompt disposition of criminal cases. Each party would like time to be excluded as provided by Local Code T4 from today's date through February 25, 2014, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of February 25, 2014, for the preliminary hearing. The request for extending the date for the status conference is at the specific request of the defendant and with the knowing, intelligent and voluntary waiver of their speedy preliminary hearing rights under the law. Good cause is hereby shown.

Dated: December 9, 2014                             Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Cameron Larsen

Dated: December 9, 2014                             BENJAMIN WAGNER
                                                    United States Attorney

/s/ Olusere Olowoyeye
OLUSERE OLOWOYEYE
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the preliminary hearing in this matter is hereby re-set for February 25, 2014, at 2:00 p.m., before Magistrate Court Judge Allison Claire.

Dated: December 9, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE